Chicago Title and Trust Company, Appellee, v. Chief Wash Company, Appellant.

Gen. No. 40,853.

Heard ·in third division, first district, this court at October term, 1939; opinion filed April 10, 1940. R. A. Bierdemann and Paul C. Meier, for appellant; Defrees, Buckingham, Jones & Hoffman, for appellee; Don Kenneth Jones and Vincent O'Brien, of counsel. Opinion by PRESIDING JUSTICE DENIS E. SULLIVAN. "Not to be published in full."